IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CITY OF BELLEVUE, NEBRASKA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PARADISE PARK, INC., HOWARD HELM,<br><br>　　　　　　Defendants. | 8:13CV139<br><br>BANKRUPTCY REFERRAL ORDER |

Upon the suggestion of bankruptcy, (filing no. 11), filed on behalf of the defendants, Paradise Park, Inc. and Howard Helm, and their assertion that this matter is related to the Chapter 11 case of Paradise Park, Inc., filed with the United States Bankruptcy Court for the District of Nebraska, as Case No 11-80449, on February 28, 2011:

IT IS ORDERED:

1. This case is referred to the United States Bankruptcy Court for the District of Nebraska pursuant to NEGenR 1.5(a)(1);

2. The Clerk of the United States District Court for the District of Nebraska shall close this case for statistical purposes; and

3. The Clerk of the United States District Court for the District of Nebraska shall deliver, or send electronically, the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

July 17, 2013.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge